**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| PRINCIPAL FINANCIAL SERVICES, INC., and PRINCIPAL LIFE INSURANCE COMPANY,<br><br>      Plaintiff,<br><br>v.<br><br>C.V. STARR & CO., INC.,<br><br>      Defendant. | CIVIL ACTION NO.:  13-cv-00036<br><br>**COMPLAINT FOR TRADEMARK INFRINGEMENT, UNFAIR COMPETITION AND TRADEMARK DILUTION**<br><br>**JURY DEMAND** |

Plaintiff PRINCIPAL FINANCIAL SERVICES, INC. and PRINCIPAL LIFE INSURANCE COMPANY (hereinafter collectively "Plaintiff" or "Principal"), for its complaint against C.V. STARR & CO., INC. (hereinafter "Defendant"), states as follows:

## NATURE OF THE ACTION

1.      In this action, Plaintiff seeks injunctive and monetary relief for acts of trademark infringement, unfair competition, and trademark dilution.  This action arises under the Lanham Act, Title 15, United States Code § 1051, *et seq*. and the statutes and common law of the State of Iowa.

## PARTIES

2.      Plaintiff is a corporation duly organized and existing under the laws of the State of Iowa and located at 711 High Street, Des Moines, Iowa 50392.

3.      Plaintiff is the owner of the famous family of PRINCIPAL and PRINCIPAL formative trademarks in the United States and throughout the world.  Plaintiff, through its various member companies and licensees uses the famous family of PRINCIPAL and PRINCIPAL formative marks throughout the world in connection with a variety of services

including, but not limited to, investment, investment management, financial, banking, lending, mutual funds, retirement, investment advisory, estate planning, tax consultation, underwriting, global asset management, insurance,  health care and real estate related services.

4.     Upon information and belief, Defendant is a corporation organized and existing under the laws of the State of Nevada, located at 399 Park Avenue, New York, New York 10022. Upon information and belief, Defendant is conducting business within the State of Iowa and in interstate commerce.

## JURISDICTION AND VENUE

5.     This is a civil action arising under the Lanham Act of the United States, 15 U.S.C. § 1051 *et seq.,* subject matter jurisdiction being conferred on this Court under 15 U.S.C. § 1121, 28 U.S.C. § 1332 and 28 U.S.C. §§ 1338(a) and (b) and 28 U.S.C. § 1367.

6.     This is an action in which the Plaintiff and Defendant are citizens of different states and the amount in controversy, exclusive of interest and costs, exceeds $75,000.00.

7.     This court has personal jurisdiction over Defendant.

8.     Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b) and (c).

## FACTS COMMON TO ALL CLAIMS FOR RELIEF

### Plaintiff's PRINCIPAL Family of Trademarks

9.     Principal and/or its member companies, affiliates, licensees or predecessors-in-interest are, and have been for many years, engaged in marketing and providing a wide variety of investment, investment management, financial, banking, lending, mutual funds, retirement, investment advisory, estate planning, tax consultation, underwriting, global asset management, insurance,  health care and real estate related services, among others ("Plaintiff's Services").

10.     Principal is the owner of its famous family of PRINCIPAL and PRINCIPAL

formative trademarks, including, but not limited to, the following U.S. trademark registrations,

pending trademark applications, common law marks, and trade names (hereinafter referred to as

the "PRINCIPAL Family of Marks"):

| Mark | Reg. No. | Reg. Date | Services |
|---|---|---|---|
| THE PRINCIPAL EDGE | 1,469,375 Incontestable | 12/15/87 | Life, health, accident and casualty insurance underwriting services, investment management services, administering annuities, mutual funds, pensions and income programs for others and register investment advisory services |
| THE PRINCIPAL FINANCIAL GROUP | 1,502,424 Incontestable | 08/30/88 | Consulting and contract management services to preferred provider organizations; arranging for prepaid medical care for others; health care services rendered through preferred provider organizations |
|  | 1,504,246 Incontestable | 09/13/88 | Consulting and contract management services to preferred provider organizations; arranging for prepaid medical care for others; health care services rendered through preferred provider organizations |
|  | 1,508,542 Incontestable | 10/11/88 | Life, health insurance and reinsurance underwriting and brokerage services; underwriting, administering and managing annuities and pension funds for others; variable life insurance and variable annuities funded through a variety of funding media |
| THE PRINCIPAL FINANCIAL GROUP (Stylized) | 1,508,543 Incontestable | 10/11/88 | Life, health insurance and reinsurance underwriting and brokerage services; underwriting, administering and managing annuities and pension funds for others; variable life insurance and variable annuities funded through a variety of funding media |
| THE PRINCIPAL (Stylized) | 1,508,544 Incontestable | 10/11/88 | Life, health insurance and reinsurance underwriting and brokerage services; underwriting, administering and managing annuities and pension funds for others; variable life insurance and variable annuities funded through a variety of funding media |
|  | 1,530,022 Incontestable | 03/14/89 | Life, health insurance underwriting services, investment management services, administering annuities, mutual funds, pensions and income programs for others, registered investment advisory services and broker-dealer securities services |
|  | 1,530,023 Incontestable | 03/14/89 | Life, health insurance underwriting services, investment management services, administering annuities, mutual funds, pensions and income programs for others, registered investment advisory services and broker-dealer securities services |
|  | 1,531,199 Incontestable | 03/21/89 | Life, health insurance underwriting services, investment management services, administering annuities, mutual funds, pensions and income programs for others, registered investment advisory services and broker-dealer securities services |

| Mark | Reg. No. | Reg. Date | Services |
|---|---|---|---|
| THE PRINCIPAL PLAN | 1,561,335 Incontestable | 10/17/89 | Arranging for pre-paid medical care for others |
| PRINCIPAL | 1,562,541 Incontestable | 10/24/89 | Financial analysis and consulting, management of securities and securities brokerage services |
|  | 1,698,013 Incontestable | 06/30/92 | Real estate leasing and management services |
| THE PRINCIPAL FINANCIAL GROUP | 1,740,172 Incontestable | 12/15/92 | Commercial and residential real estate services; namely, brokerage, investment, management, mortgage loan, and valuation services |
| THE PRINCIPAL | 1,740,181 Incontestable | 12/15/92 | Commercial and residential real estate services; namely, brokerage, investment, management, mortgage loan, and valuation services |
| PRINCIPAL BANK | 2,843,297 Incontestable | 05/18/04 | Retail commercial banking services, namely, checking, savings, money market, credit cards, certificates of deposit, mortgage loans, commercial real estate lending, and corporate banking services |
| PRINCIPAL GLOBAL INVESTORS | 3,053,544 Incontestable | 01/31/06 | Financial services, namely, portfolio management, financial market analysis, asset management, mortgage lending, real estate and securities investment management and investment management advisory services |
|  | 3,095,382 Incontestable | 05/23/06 | Retail commercial banking services, namely, checking, savings, money market, credit cards, certificates of deposit, mortgage loans, commercial real estate lending, and corporate banking services |
| PRINCIPAL FREEDOM | 3,107,136 Incontestable | 06/20/06 | Financial services, namely, variable annuities |
| PRINCIPAL ADVANTAGE | 3,174,382 Incontestable | 11/21/06 | Life, health, accident and casualty insurance underwriting and brokerage services, investment management services, underwriting, administering and managing annuities, mutual funds, pensions and income programs for others, registered investment advisory services and management of securities and securities brokerage services |
|  | 3,297,647 Incontestable | 09/25/07 | Annuities underwriting and investment, management of, distribution and administration services, namely, providing administrative services for fixed and variable annuities; funds investment; trust and custodial services for retirement plans, namely, investment of funds for others in the field of mutual funds and individual retirement accounts; administration of employee pension plans; financial services in the nature of an investment security; investment management services; mutual fund investment, distribution and brokerage; administration of employer provided and individual pension and fixed investment income programs; registered investment advisory services and broker-dealer securities services, namely, brokering and trading in securities and providing investment advisory services; banking services; consumer loan financing; pension plan consulting; |

| Mark | Reg. No. | Reg. Date | Services |
|---|---|---|---|
| | | | estate planning; financial planning; administration services of insurance in the fields of life, disability, dental, prescription drug, vision and accidental death and dismemberment; administration of employee benefit plans, namely, deferred compensation benefit plans, profit sharing plans, cafeteria plans and other employee benefit plans; insurance underwriting and brokerage services for groups and individuals in the fields of life, disability and dental; real estate mortgage lending and mortgage asset procurement for others; maintaining real estate mortgage escrow accounts; real estate investment services; real estate management; leasing of commercial real estate; financial investment in the field of real estate development; providing administration services to employee welfare benefit plans and pre-paid dental plans and claims administration, namely, claims processing; and retail commercial banking services, namely, checking, savings, money market, credit cards, certificates of deposit, mortgage loans, commercial real estate lending, and corporate banking services |
| PRINCIPAL | 3,324,583 Incontestable | 10/30/07 | Annuities underwriting and investment, management of, distribution and administration services, namely, providing administrative services for fixed and variable annuities; funds investment; trust and custodial services for retirement plans, namely, investment of funds for others in the field of mutual funds and individual retirement accounts; administration of employee pension plans; financial services in the nature of an investment security; investment management services; mutual fund investment, distribution and brokerage; administration of employer provided and individual pension and fixed investment income programs; registered investment advisory services and broker-dealer securities services, namely, brokering and trading in securities and providing investment advisory services; banking services; consumer loan financing; pension plan consulting; estate planning; financial planning; administration services of insurance in the fields of life, disability, dental, prescription drug, vision and accidental death and dismemberment; administration of employee benefit plans, namely, deferred compensation benefit plans, profit sharing plans, cafeteria plans and other employee benefit plans; insurance underwriting and brokerage services for groups and individuals in the fields of life, disability and dental; real estate mortgage lending and mortgage asset procurement for others; maintaining real estate mortgage escrow accounts; real estate investment services; real estate management; leasing of commercial real estate; financial investment in the field of real estate development; providing administration services to employee welfare benefit plans and pre-paid dental plans and claims administration, namely, claims processing; and retail commercial banking services, namely, checking, savings, money market, credit cards, certificates of deposit, mortgage loans, commercial real estate lending, and corporate banking services |

| Mark | Reg. No. | Reg. Date | Services |
|---|---|---|---|
|  | 3,368,180 | 01/15/08 | Financial services, namely, mutual fund investment services |
| PRINCIPAL FUNDS | 3,368,181 | 01/15/08 | Financial services, namely, mutual fund investment services |
| THE PRINCIPAL CHARITY CLASSIC | 3,369,005 | 1/15/08 | Golf umbrellas; plastic water bottles sold empty; jackets; hats; t-shirts; golf shirts; golf balls; entertainment in the nature of golf tournaments |
|  | 3,400,594 | 03/25/08 | Financial services, namely, portfolio management, financial market analysis, asset management, mortgage lending, real estate and securities investment management and investment management advisory services |
|  | 3,456,731 | 07/01/08 | Golf umbrellas; plastic water bottles sold empty; jackets; hats; t-shirts; golf shirts; golf balls; entertainment in the nature of golf tournaments |
|  | 3,461,024 | 07/08/08 | Financial sponsorship of automobile racing teams; financial sponsorship of sporting and entertainment venues; entertainment in the nature of family-oriented festivals |
|  | 3,461,025 | 07/08/08 | Shirts; annuities underwriting and investment, management of, distribution and administration services, namely, providing administrative services for fixed and variable annuities; funds investment; trust and custodial services for retirement plans, namely, investment of funds for others in the field of mutual funds and individual retirement accounts; administration of employee pension plans; financial services in the nature of an investment security; investment management services; mutual fund investment, distribution and brokerage; administration of employer provided and individual pension and fixed investment income programs; registered investment advisory services and broker-dealer securities services, namely, brokering and trading in securities and providing investment advisory services; banking services; consumer loan financing; pension plan consulting; estate planning; financial planning; administration services of insurance in the fields of life, health, disability, dental, prescription drug, vision and accidental death and dismemberment; administration of employee benefit plans, namely, deferred compensation benefit plans, profit sharing plans and cafeteria plans; insurance underwriting and brokerage services for groups and individuals in the fields of life, health, disability and dental; mortgage banking services; mortgage brokerage services; real estate mortgage lending and mortgage asset procurement for |

| Mark | Reg. No. | Reg. Date | Services |
|------|----------|-----------|----------|
| | | | others; maintaining real estate mortgage escrow accounts; real estate investment services; real estate management; leasing of commercial real estate; financial investment in the field of real estate development; providing administration services to employee welfare benefit plans and pre-paid dental plans and claims administration, namely, claims processing. and retail commercial banking services, namely, checking, savings, money market, credit cards, certificates of deposit, mortgage loans, commercial real estate lending, and corporate banking services |
| **Principal** *Wellness Company* | 3,961,137 | 5/17/11 | Managed health care services, namely, preventive medical screenings, and wellness programs; providing health care information in the field of health and wellness |
| PRINCIPAL REAL ESTATE INVESTORS | 4,111,149 | 3/13/2012 | Real estate investment services; real estate management services |
| **Principal** *Real Estate Investors* | 4,130,738 | 4/24/2012 | Real estate investment services; real estate management services |
| PRINCIPAL FINANCIAL GROUP | (pending app) 85811463 | 12/27/2012 | Annuities underwriting and investment, management of, distribution and administration services, namely, providing administrative services for fixed and variable annuities; funds investment; trust and custodial services for retirement plans, namely, investment of funds for others in the field of mutual funds and individual retirement accounts; administration of employee pension plans; financial services in the nature of an investment security; investment management services; mutual fund investment, distribution and brokerage; administration of employer provided and individual pension and fixed investment income programs; registered investment advisory services and broker-dealer securities services, namely, brokering and trading in securities and providing investment advisory services; banking services; consumer loan financing; pension plan consulting; estate planning; financial planning; administration services of insurance in the fields of life, disability, dental, prescription drug, vision and accidental death and dismemberment; administration of employee benefit plans, namely, deferred compensation benefit plans, profit sharing plans, cafeteria plans and other employee benefit plans; insurance underwriting and brokerage services for groups and individuals in the fields of life, disability and dental; real estate mortgage lending and mortgage asset procurement for others; maintaining real estate mortgage escrow accounts; real estate investment services; real estate management; leasing of commercial real estate; financial investment in the field of real estate development; providing administration services to employee welfare benefit plans and pre-paid dental plans and claims |

| Mark | Reg. No. | Reg. Date | Services |
|------|----------|-----------|----------|
| | | | administration, namely, claims processing; and retail commercial banking services, namely, checking, savings, money market, credit cards, certificates of deposit, mortgage loans, commercial real estate lending, and corporate banking services |
| **Principal** *Financial* **Group** | (pending app) 85811461 | 12/27/2012 | Annuities underwriting and investment, management of, distribution and administration services, namely, providing administrative services for fixed and variable annuities; funds investment; trust and custodial services for retirement plans, namely, investment of funds for others in the field of mutual funds and individual retirement accounts; administration of employee pension plans; financial services in the nature of an investment security; investment management services; mutual fund investment, distribution and brokerage; administration of employer provided and individual pension and fixed investment income programs; registered investment advisory services and broker-dealer securities services, namely, brokering and trading in securities and providing investment advisory services; banking services; consumer loan financing; pension plan consulting; estate planning; financial planning; administration services of insurance in the fields of life, disability, dental, prescription drug, vision and accidental death and dismemberment; administration of employee benefit plans, namely, deferred compensation benefit plans, profit sharing plans, cafeteria plans and other employee benefit plans; insurance underwriting and brokerage services for groups and individuals in the fields of life, disability and dental; real estate mortgage lending and mortgage asset procurement for others; maintaining real estate mortgage escrow accounts; real estate investment services; real estate management; leasing of commercial real estate; financial investment in the field of real estate development; providing administration services to employee welfare benefit plans and pre-paid dental plans and claims administration, namely, claims processing; and retail commercial banking services, namely, checking, savings, money market, credit cards, certificates of deposit, mortgage loans, commercial real estate lending, and corporate banking services |
| PRINCIPAL LIFE INSURANCE COMPANY | (pending app) 85811459 | 12/27/2012 | Annuities underwriting and investment, management of, distribution and administration services, namely, providing administrative services for fixed and variable annuities; funds investment; trust and custodial services for retirement plans, namely, investment of funds for others in the field of mutual funds and individual retirement accounts; administration of employee pension plans; financial services in the nature of an investment security; investment management services; mutual fund investment, distribution and brokerage; administration of employer provided and individual pension and fixed investment income programs; registered investment advisory services and broker-dealer securities services, namely, brokering and trading in securities and providing |

8

| Mark | Reg. No. | Reg. Date | Services |
|---|---|---|---|
| | | | investment advisory services; banking services; consumer loan financing; pension plan consulting; estate planning; financial planning; administration services of insurance in the fields of life, disability, dental, prescription drug, vision and accidental death and dismemberment; administration of employee benefit plans, namely, deferred compensation benefit plans, profit sharing plans, cafeteria plans and other employee benefit plans; insurance underwriting and brokerage services for groups and individuals in the fields of life, disability and dental; real estate mortgage lending and mortgage asset procurement for others; maintaining real estate mortgage escrow accounts; real estate investment services; real estate management; leasing of commercial real estate; financial investment in the field of real estate development; providing administration services to employee welfare benefit plans and pre-paid dental plans and claims administration, namely, claims processing; and retail commercial banking services, namely, checking, savings, money market, credit cards, certificates of deposit, mortgage loans, commercial real estate lending, and corporate banking services |

| *Business Names* |
|---|
| PRINCIPAL ADMINISTRADORA GENERAL DE FONDOS S.A. |
| PRINCIPAL AFORE, S.A. DE C.V., PRINCIPAL GRUPO FINANCIERO |
| PRINCIPAL ASSET MANAGEMENT CHILE S.A. |
| PRINCIPAL ASSET MANAGEMENT COMPANY (ASIA) LIMITED |
| PRINCIPAL AUSTRALIA (HOLDINGS) PTY LIMITED |
| PRINCIPAL BANK |
| PRINCIPAL COMMERCIAL ACCEPTANCE, LLC |
| PRINCIPAL COMMERCIAL FUNDING, LLC |
| PRINCIPAL COMPANIA DE SEGUROS DE VIDA CHILE S.A. |
| PRINCIPAL CONSULTING (INDIA) PRIVATE LIMITED |
| PRINCIPAL DENTAL SERVICES, INC. |
| PRINCIPAL DEVELOPMENT INVESTORS, LLC |
| PRINCIPAL EDGE NETWORK – AUSTIN, LLC |
| PRINCIPAL EDGE NETWORK – DALLAS FT. WORTH, INC. |
| PRINCIPAL EDGE NETWORK – GEORGIA, LLC |
| PRINCIPAL EDGE NETWORK – SAN ANTONIO, LLC |
| PRINCIPAL EDGE NETWORK – TENNESSEE, LLC |
| PRINCIPAL EDGE NETWORK HOLDINGS, INC. |
| PRINCIPAL ENTERPRISE CAPITAL, LLC |
| PRINCIPAL FINANCIAL ADVISORS, INC. |
| PRINCIPAL FINANCIAL GROUP, INC. |
| PRINCIPAL FINANCIAL GROUP (MAURITIUS) LTD. |
| PRINCIPAL FINANCIAL GROUP, S.A. DE C.V., GRUPO FINANCIERO |
| PRINCIPAL FINANCIAL SERVICES, INC. |
| PRINCIPAL FINANCIAL SERVICES (AUSTRALIA), INC. |
| PRINCIPAL FINANCIAL SERVICES I (UK) LLP |
| PRINCIPAL FINANCIAL SERVICES I (US), LLC |
| PRINCIPAL FINANCIAL SERVICES II (UK) LTD. |
| PRINCIPAL FINANCIAL SERVICES II (US), LLC |

| *Business Names* |
| --- |
| PRINCIPAL FINANCIAL SERVICES III (UK) LTD. |
| PRINCIPAL FINANCIAL SERVICES LATIN AMERICA LTD. |
| PRINCIPAL FONDOS DE INVERSION, S.A. DE C.V., OPERADORA DE FONDOS DE INVERSION, PRINCIPAL GRUPO FINANCIERO |
| PRINCIPAL FUNDS DISTRIBUTOR, INC. |
| PRINCIPAL GENERATION PLANT, LLC |
| PRINCIPAL GLOBAL COLUMBUS CIRCLE, LLC |
| PRINCIPAL GLOBAL INVESTORS (ASIA) LIMITED |
| PRINCIPAL GLOBAL INVESTORS (AUSTRALIA) LIMITED |
| PRINCIPAL GLOBAL INVESTORS (AUSTRALIA) SERVICE COMPANY PTY LIMITED |
| PRINCIPAL GLOBAL INVESTORS (EUROPE) LIMITED |
| PRINCIPAL GLOBAL INVESTORS (HONG KONG) LIMITED |
| PRINCIPAL GLOBAL INVESTORS (IRELAND) LIMITED |
| PRINCIPAL GLOBAL INVESTORS (JAPAN) LIMITED |
| PRINCIPAL GLOBAL INVESTORS (SINGAPORE) LIMITED |
| PRINCIPAL GLOBAL INVESTORS HOLDING COMPANY, INC. |
| PRINCIPAL GLOBAL INVESTORS PARTICIPACOES, LTDA |
| PRINCIPAL GLOBAL INVESTORS TRUST |
| PRINCIPAL GLOBAL INVESTORS, LLC |
| PRINCIPAL GLOBAL SERVICES PRIVATE LIMITED |
| PRINCIPAL HOLDING CHILE SPA (CHILE) |
| PRINCIPAL HOLDING COMPANY CHILE S.A. |
| PRINCIPAL HOLDING COMPANY, LLC |
| PRINCIPAL INSTITUTIONAL CHILE S.A. |
| PRINCIPAL INSURANCE COMPANY (HONG KONG) LIMITED |
| PRINCIPAL INTERNATIONAL (ASIA) LIMITED |
| PRINCIPAL INTERNATIONAL DE CHILE S.A. |
| PRINCIPAL INTERNATIONAL HOLDING COMPANY, LLC |
| PRINCIPAL INTERNATIONAL LATIN AMERICA LTD. |
| PRINCIPAL INTERANTIONAL SOUTH AMERICA I LTD. |
| PRINCIPAL INTERANTIONAL SOUTH AMERICA II LTD. |
| PRINCIPAL INTERANTIONAL SOUTH AMERICA II LTD., AGENCIA EN CHILE |
| PRINCIPAL INTERNATIONAL, INC. |
| PRINCIPAL INVESTORS CORPORATION |
| PRINCIPAL LIFE INSURANCE COMPANY |
| PRINCIPAL LIFE INSURANCE COMPANY OF IOWA |
| PRINCIPAL MANAGEMENT CORPORATION |
| PRINCIPAL MEXICO COMPANIA DE SEGUROS S.A. DE C.V., PRINCIPAL GRUPO FINANCIERO |
| PRINCIPAL MEXICO SERVICIOS, S.A. DE C.V. |
| PRINCIPAL NATIONAL LIFE INSURANCE COMPANY |
| PRINCIPAL NOMINEE COMPANY (HONG KONG) LIMITED |
| PRINCIPAL PENSIONES, S.A. DE C.V., PRINCIPAL GRUPO FINANCIERO |
| PRINCIPAL PNB ASSET MANAGEMENT COMPANY PRIVATE LIMITED |
| PRINCIPAL REAL ESTATE FUND INVESTORS, LLC. |
| PRINCIPAL REAL ESTATE HOLDING COMPANY, LLC |
| PRINCIPAL REAL ESTATE INVESTORS, LLC |
| PRINCIPAL REAL ESTATE PORTFOLIO, INC. |
| PRINCIPAL REINSURANCE COMPANY OF DELAWARE |
| PRINCIPAL REINSURANCE COMPANY OF VERMONT |
| PRINCIPAL RETIREMENT ADVISORS PRIVATE LIMITED |
| PRINCIPAL SHAREHOLDER SERVICES, INC. |
| PRINCIPAL TRUST COMPANY (ASIA) LIMITED |

| Business Names |
| --- |
| PRINCIPAL TRUSTEE COMPANY PRIVATE (INDIA) LIMITED |
| PRINCIPAL WELLNESS COMPANY |
| CCB PRINCIPAL ASSET MANAGEMENT COMPANY, LTD |
| CIMB PRINCIPAL ISLAMIC ASSET MANAGEMENT SDN. BHD. |
| CIMB WEALTH ADVISORS BERHAD |
| CIMB-PRINCIPAL ASSET MANAGEMENT (SINGAPORE) PTE LTD |
| CIMB-PRINCIPAL ASSET MANAGEMENT BETHAD |
| CIMB-PRINCIPAL ASSET MANAGEMENT COMPANY LIMITED (THAILAND) |
| DISTRIBUIDORA PRINCIPAL MEXICO, S.A. DE C.V. |
| HIPOTECARIA CRUZ DEL SUR PRINCIPAL, S.A. (CHILE) |
| PFG DO BRASIL LTDA |
| PGI FINISTERRE HOLDING COMPANY LTD |
| PGI ORIGIN HOLDING COMPANY LTD |
| PRINCOR FINANCIAL SERVICES CORPORATION |
| PRINCORP WEALTH ADVISORS (ASIA) LIMITED |
| PT CIMB PRINCIPAL ASSET MANAGEMENT |

| Common Law  Names |
| --- |
| PRINCIPAL ADMINISTRATIVE EASE PROGRAM |
| PRINCIPAL ADVOCATE EDGE |
| PRINCIPAL ADVANTAGE FOR EMERGING BUSINESS |
| PRINCIPAL ADVISORY SELECT PORTFOLIOS |
| PRINCIPAL ANNUITY EDGE |
| PRINCIPAL ANNUITY LEGACY |
| PRINCIPAL ANNUITY NEWSWIRE |
| PRINCIPAL ANNUITY PLUS |
| PRINCIPAL ASSET RETENTION PROGRAM |
| PRINCIPAL ASSET REWARD PROGRAM |
| PRINCIPAL ASO ESSENTIALS |
| PRINCIPAL AUTOMATIC STANDARD APPROVAL PROGRAM |
| PRINCIPAL BANK AUTOMATIC LOAN PAYMENT |
| PRINCIPAL BANK CASH ACCOUNT |
| PRINCIPAL BANK CHANGE A RATE CD |
| PRINCIPAL BANK CHOICE CHECKING |
| PRINCIPAL BANK EASY LADDER CD |
| PRINCIPAL BANK $50,000 HOME MAKEOVER SWEEPSTAKES |
| PRINCIPAL BANK HIGH YIELD IRA |
| PRINCIPAL BANK MONEY MARKET CASH SWEEP |
| PRINCIPAL BANK MONEY MARKET IRA |
| PRINCIPAL BANK MONEY MOVEMENT |
| PRINCIPAL BANK SAFE HARBOR IRA |
| PRINCIPAL BANK SECURE |
| PRINCIPAL BENCHMARK REPORT:  EMPLOYER SPONSORED RETIREMENT SOLUTIONS FOR KEY EMPLOYEES |
| PRINCIPAL BENEFITS DESIGN TOOL |
| PRINCIPAL BENEFITS EXCHANGE |
| PRINCIPAL BUSINESS SUCCESSION REVIEW |
| PRINCIPAL CAPITAL INCOME INVESTORS |
| PRINCIPAL CANCER CARE PROGRAM |
| PRINCIPAL CLASSIC COMPREHENSIVE MEDICAL |
| PRINCIPAL CLASSIC PPO |
| PRINCIPAL CLASSIC PPO PLUS |

| *Common Law  Names* |
|---|
| PRINCIPAL CLASSIC VALUE PPO |
| PRINCIPAL COACHES CHALLENGE |
| PRINCIPAL COLLEGE BOUND FUND |
| PRINCIPAL COLLEGE SAVINGS PROGRAM |
| PRINCIPAL.COM |
| PRINCIPAL COMMERCIAL MORTGAGE EDGE |
| PRINCIPAL COMPREHENSIVE RETIREMENT PROGRAM |
| PRINCIPAL DENTAL ACCESS NETWORK |
| PRINCIPAL DENTAL HEALTH EDGE |
| PRINCIPAL DENTAL MEMBER ADVANTAGE PROGRAM |
| PRINCIPAL DENTAL SERIES |
| PRINCIPAL DIRECT CONNECT |
| PRINCIPAL DUE DILIGENCE PROGRAM |
| PRINCIPAL DYNAMIC PORTFOLIOS BY IBBOTSON |
| PRINCIPAL EARLY EDGE |
| PRINCIPAL EASE |
| PRINCIPAL EASE PROGRAM |
| PRINCIPAL EASY ENROLLMENT |
| PRINCIPAL ECONOMIC EDGE |
| PRINCIPAL EDGE NETWORK |
| PRINCIPAL EDGE NETWORK PREMIER |
| PRINCIPAL EDGE NETWORK - SELECT |
| PRINCIPAL EDGE VARIABLE ANNUITY |
| PRINCIPAL EDUCATION NETWORK |
| PRINCIPAL E-DISTRIBUTION SERVICES |
| PRINCIPAL E-DIVERSIFICATION SERVICES |
| PRINCIPAL E-ENROLL |
| PRINCIPAL E-FINANCIAL PROFESSIONAL |
| PRINCIPAL ELITE FIXED ANNUITY |
| PRINCIPAL EMPLOYEE FINANCIAL CENTER |
| PRINCIPAL EMPLOYEE TERM LIFE |
| PRINCIPAL EMPLOYER DRIVEN WELLNESS SOLUTION |
| PRINCIPAL ENROLLMENT SUITE |
| PRINCIPAL eRETIREMENT SOLUTIONS |
| PRINCIPAL ESOP EDGE |
| PRINCIPAL EXECUTIVE BONUS PLUS |
| PRINCIPAL EXECUTIVE EXCHANGE |
| PRINCIPAL EXECUTIVE RETIREMENT AND COMPENSATION SERVICE |
| PRINCIPAL EZ DEFINED BENEFIT/ PRINCIPAL EZ DB |
| PRINCIPAL FINANCIAL MILESTONES PROGRAM |
| PRINCIPAL FINANCIAL SECURITY REVIEW |
| PRINCIPAL FINANCIAL SECURITY SERIES |
| PRINCIPAL FINANCIAL SOLUTIONS EXPLORER |
| PRINCIPAL FINANCIAL WELL BEING |
| PRINCIPAL FIXED ANNUITY |
| PRINCIPAL FIXED ANNUITY PLUS |
| PRINCIPAL FIXED ANNUITY SELECT |
| PRINCIPAL FLOATING RATE SEPARATE ACCOUNT |
| PRINCIPAL 403(b) CONSOLIDATOR |
| PRINCIPAL FUNDS |
| PRINCIPAL GLOBAL CREDIT OPPORTUNITIES FUND |
| PRINCIPAL GLOBAL FINANCIAL WELL BEING STUDY |

| *Common Law Names* |
| --- |
| PRINCIPAL GLOBAL INVESTORS COLLECTIVE INVESTMENT TRUST |
| PRINCIPAL GLOBAL NET |
| PRINCIPAL GLOBAL PROPERTY SECURITIES FUND |
| PRINCIPAL GREEN FUND I |
| PRINCIPAL GROWTH FIXED ANNUITY |
| PRINCIPAL GUARANTEED FIXED ANNUITY |
| PRINCIPAL GUARANTEED INCOME |
| PRINCIPAL HEALTH ASSESSMENT |
| PRINCIPAL HEALTH CARE |
| PRINCIPAL HEALTH COACHING |
| PRINCIPAL HEALTH INFO LINE |
| PRINCIPAL HEALTH SAVINGS ACCOUNT |
| PRINCIPAL HEALTH + WEALTH |
| PRINCIPAL HEALTHY CONNECTIONS |
| PRINCIPAL HEALTHY EDGE |
| PRINCIPAL HEALTHY ESSENTIALS |
| PRINCIPAL HEALTHY RESOURCES |
| PRINCIPAL HIGH QUALITY CANADIAN FIXED INCOME PLUS FUND |
| PRINCIPAL HOME ACCESS LINE |
| PRINCIPAL HOME EQUITY ACCESS LOAN |
| PRINCIPAL ILLUSTRATION EDGE |
| PRINCIPAL IMPACTPLUS |
| PRINCIPAL INCOME IRA |
| PRINCIPAL INCOME MANAGER |
| PRINCIPAL INCOME PROTECTOR |
| PRINCIPAL INCOME PROVIDER |
| PRINCIPAL INDUSTRIAL INVESTORS |
| PRINCIPAL INVESTMENT PLUS VARIABLE ANNUITY |
| PRINCIPAL IRA EXCHANGE |
| PRINCIPAL LIFE CORE NOTES |
| PRINCIPAL LIFE INCOME FUNDING |
| PRINCIPAL LIFE INSURANCE COMPANY |
| PRINCIPAL LIFERIGHT INSURANCE PROGRAM |
| PRINCIPAL LIFETIME |
| PRINCIPAL LIFETIME HORIZON FUND |
| PRINCIPAL LIFETIME INCOME SOLUTIONS |
| PRINCIPAL, LLC |
| PRINCIPAL LOAN CONNECTION |
| PRINCIPAL MANAGED ACCOUNT PROGRAM |
| PRINCIPAL MAXIMUM FUNDED VARIABLE UNIVERSAL LIFE |
| PRINCIPAL MEDICAL WELLNESS SERIES |
| PRINCIPAL MESSAGE CENTER |
| PRINCIPAL MESSENGER |
| PRINCIPAL MORTGAGE FUNDING |
| PRINCIPAL® MULTI-ASSET ADVISORS & DESIGN |
| PRINCIPAL NATIONAL LIFE INSURANCE COMPANY |
| PRINCIPAL NONQUALIFIED BENEFIT EXCHANGE |
| PRINCIPAL NONQUALIFIED EDGE PROGRAM |
| PRINCIPAL OPEN DOOR CLOSED END SECONDS |
| PRINCIPAL PARK |
| PRINCIPAL PARTNERS |
| PRINCIPAL PASSAGE DIRECT INVESTMENT PROGRAM |

| Common Law Names |
|---|
| PRINCIPAL PASSAGE FEE BASED BROKERAGE ACCOUNT |
| PRINCIPAL PASSAGE MANAGED PORTFOLIO |
| PRINCIPAL PASSAGE PREMIER ASSET ALLOCATION SERVICE |
| PRINCIPAL PAYROLL PROGRAMS |
| PRINCIPAL PERFORMANCE ANNUITY |
| PRINCIPAL PERFORMANCE ANNUITY 7 |
| PRINCIPAL PHYSICIAN REWARD PLAN |
| PRINCIPAL PLAN MANAGER EXCHANGE |
| PRINCIPAL PORTFOLIO CONSTRUCTION STRATEGIES |
| PRINCIPAL PREFERRED JUMBO MORTGAGE |
| PRINCIPAL PREVENTIVE SCREENING |
| PRINCIPAL PRIVILEGED PARTNERS PROGRAM |
| PRINCIPAL PRIVILEGES PARTNER PROGRAM |
| PRINCIPAL PRIORITY PASSPORT CLUB |
| PRINCIPAL PRIORITY ROLLOVER |
| PRINCIPAL PRODUCER WORKSPACE |
| PRINCIPAL REAL ESTATE SERVICES |
| PRINCIPAL REIMBURSEMENT ARRANGEMENT |
| PRINCIPAL RESIDENTIAL MORTGAGE DIRECT |
| PRINCIPAL RESIDENTIAL MORTGAGE HOMEGEN JUMBO LINE |
| PRINCIPAL RESOURCE CENTER |
| PRINCIPAL RETIRE SECURE |
| PRINCIPAL RETIREGUIDE |
| PRINCIPAL RETIREMENT ACCOUNT |
| PRINCIPAL RETIREMENT EDGE PROGRAM |
| PRINCIPAL RETIREMENT INCOME EDGE |
| PRINCIPAL RETIREMENT MILESTONES PROGRAM |
| PRINCIPAL RETIREMENT NAVIGATOR |
| PRINCIPAL RETIREMENT NETWORK FOR UNION MEMBERS |
| PRINCIPAL RETIREMENT OUTSOURCING |
| PRINCIPAL RETIREMENT PLANNING CENTER |
| PRINCIAPL RETIREMENT + |
| PRINCIPAL RETIREMENT RESOURCE CONSULTANT |
| PRINCIPAL RETURN-TO-WORK RESOURCES |
| PRINCIPAL RIVERWALK |
| PRINCIPAL ROLLOVER CHOICE |
| PRINCIPAL ROLLOVER OPTIONS |
| PRINCIPAL RX EDGE |
| PRINCIPAL SAVINGS BUILDER ANNUITY |
| PRINCIPAL S-CORPS BONUS PLUS |
| PRINCIPAL S OWNER PLUS |
| PRINCIPAL SECURE DECISIONS |
| PRINCIPAL SECURE FIXED ANNUITY |
| PRINCIPAL SECURE INCOME ANNUITY |
| PRINCIPAL SECUREDLOAN |
| PRINCIPAL SECURITY BUILDER RETIREMENT PROGRAM |
| PRINCIPAL SECURITY BUILDER RETIREMENT PROGRAM INDIVIDUAL 401(K) |
| PRINCIPAL SELECT DENTIST PROGRAM |
| PRINCIPAL SELECT REWARD PLAN |
| PRINCIPAL SELECT SERIES ANNUITY |
| PRINCIPAL SERVICES TRUST COMPANY |
| PRINCIPAL SINGLE PREMIUM DEFERRED ANNUITY |

| *Common Law  Names* |
| --- |
| PRINCIPAL SPLIT DOLLAR PLUS |
| PRINCIPAL SPONSOR SERVICE CENTER |
| PRINCIPAL STEP AHEAD RETIREMENT OPTION |
| PRINCIPAL STRATEGIC ASSET MANAGEMENT |
| PRINCIPAL SURVIVOR LIFE INSURANCE WITH THE IBIS OPTION |
| PRINCIPAL SURVIVORSHIP UNIVERSAL LIFE PROTECTOR |
| PRINCIPAL SWITCH KIT |
| PRINCIPAL TOTAL RETIREMENT SUITE |
| PRINCIPAL TPA EDGE |
| PRINCIPAL TRAILBLAZER |
| PRINCIPAL TRUST COMPANY |
| PRINCIPAL TRUST INCOME FUND |
| PRINCIPAL TRUST TARGET DATE FUNDS |
| PRINCIPAL UNDERIGHT |
| PRINCIPAL UNIVERSAL LIFE FLEX |
| PRINCIPAL UNIVERSAL LIFE PREFERRED |
| PRINCIPAL UNIVERSAL LIFE PROTECTOR |
| PRINCIPAL UNIVERSAL LIFE PROTECTOR II |
| PRINCIPAL VALUE BASED HEALTH BENEFIT |
| PRINCIPAL VALUE UNIVERSAL LIFE |
| PRINCIPAL VARIABLE UNIVERSAL LIFE ACCUMULATOR |
| PRINCIPAL VARIABLE UNIVERSAL LIFE INCOME |
| PRINCIPAL VOLUNTARY BENEFITS EDGE |
| PRINCIPAL VOLUNTARY ROLLOVER INCOME |
| PRINCIPAL WELLNESS CLASSIC HRA |
| PRINCIPAL WELLNESS CLASSIC PPO |
| PRINCIPAL WELLNESS FSA |
| PRINCIPAL WELLNESS COMPANY |
| PRINCIPAL WHOLESALE MORTGAGE |
| PRINCIPAL WORK SECURE – 2004 |
| PRINCIPAL YEAR ROUND WELLNESS PROGRAM |
| MIDLANDS CHOICE - PRINCIPAL |
| MY PRINCIPAL®EDGE |
| MY PRINCIPAL®EDGE IN RETIREMENT |
| MY PRINCIPAL®EDGE STRATEGY |
| SOLUTIONS FOR ADVISORS FROM THE PRINCIPAL FINANCIAL GROUP |
| THE PRINCIPAL CHILD DEVELOPMENT CENTER |
| THE PRINCIPAL FINANCIAL GROUP® SECURE MAIL CENTER |
| THE PRINCIPAL MY VISIT |
| THE PRINCIPAL FINANCIAL DREAMS TOUR |
| THE PRINCIPAL RETIREMENT NEWSLETTER |
| THE PRINCIPAL® RIVER'S EDGE |
| THE PRINCIPAL® SECURE MAIL CENTER |
| THE PRINCIPAL® 10 BEST COMPANIES |
| THE PRINCIPAL WARRANTY |
| THE PRINCIPAL WELLNESS SOLUTION |
| YOUR MONEY UPDATE BY THE PRINCIPAL |

11.     Since at least as early as 1985, Principal and/or its member companies, affiliates, licensees or predecessors-in-interest have used one or more of the marks making up the PRINCIPAL Family of Marks in interstate commerce in the United States and throughout the world.  Examples of such use are attached hereto as Exhibit A.

12.     Since at least as early as 1960, Plaintiff, via its affiliates, licensees or predecessors-in-interest, has used one or more of the marks making up its famous PRINCIPAL Family of Marks in interstate commerce in connection with Plaintiff's Services, specifically, financial analysis and consulting, management of securities and securities brokerage services.

13.     Plaintiff has made an enormous investment, exceeding one billion dollars, in advertising and promoting its products and services in connection with the PRINCIPAL Family of Marks.  As a result, Principal has acquired extremely valuable goodwill in association with the PRINCIPAL Family of Marks, which have become famous and distinctive in connection with Plaintiff's Services.  Principal's customers have come to rely on the PRINCIPAL Family of Marks as a symbol of quality and reliability.

14.     Copies of Principal's U.S. trademark registrations are attached hereto as Exhibit B.  Said registrations, currently owned by Principal, are valid and subsisting, and constitute prima facie and/or conclusive evidence of Principal's exclusive right to use its registered marks in connection with the goods and/or services covered by the registrations, e.g., investment, investment management, financial, banking, lending, mutual funds, retirement, investment advisory, estate planning, tax consultation, underwriting, global asset management, insurance, health care and real estate related services.  See 15 U.S.C. §§ 1115(a) and (b).

15.     Since long before the acts of Defendant complained of herein, Principal and/or its member companies, affiliates, licensees or predecessors-in-interest have continuously used one

or more of the marks which comprise its PRINCIPAL Family of Marks in the State of Iowa and elsewhere in interstate commerce.

### Defendant's Infringing Acts

16.     Upon information and belief, Defendant offers investment, asset management, and insurance related services in interstate commerce and in channels of trade similar to those of Principal and/or its member companies, affiliates or licensees (hereinafter "Defendant's Services").  *See* Exhibit C.

17.     Upon information and belief, notwithstanding Principal's well-established rights in and to the PRINCIPAL Family of Marks and with constructive and/or actual knowledge of same, Defendant filed two federal trademark applications with the United States Patent & Trademark Office on February 9, 2012, U.S. Serial Nos. 85/538,491 and 85/538,495 for marks, STARR PRINCIPAL and STARR PRINCIPAL HOLDINGS, respectively (hereinafter the "STARR PRINCIPAL Marks").  Copies of the TARR Records for these trademarks are attached hereto as Exhibit D.

18.     Upon information and belief, notwithstanding Principal's well-established rights in and to the PRINCIPAL Family of Marks and with constructive and/or actual knowledge of same, Defendant has commenced use, within the State of Iowa and in interstate commerce, of the STARR PRINCIPAL Marks in connection with Defendant's Services.

19.     As stated on Defendant's website, www.starrcompanies.com, Defendant is using the STARR PRINCIPAL Marks in connection with enhancing its "presence in key existing and emerging markets worldwide, and [] identify[ing] smart investments that generate value for Starr investors."  *See* Exhibit E.

20.     Defendant's STARR PRINCIPAL Marks are identical or virtually identical and/or confusingly similar to Plaintiff's PRINCIPAL Family of Marks.

21.     Upon information and belief, Defendant adopted the STARR PRINCIPAL Marks without the express or implied consent of Plaintiff.

22.     Upon information and belief, Defendant adopted the STARR PRINCIPAL Marks with the intent to trade on and/or capitalize on the goodwill symbolized by the PRINCIPAL Family of Marks.

23.     Upon information and belief, in direct violation of Principal's rights in and to the PRINCIPAL Family of Marks, Defendant has been using the STARR PRINCIPAL Marks in interstate commerce in connection with Defendant's Services, despite Plaintiff's consistent and ongoing objection to same.

## COUNT I

### Violation of Section 32(1) of the Lanham Act—Trademark Infringement

24.     Principal repeats and re-alleges the allegations of paragraphs 1-23 as if fully set forth herein.

25.     Defendant's use of the STARR PRINCIPAL Marks is likely to cause public confusion, mistake or deception as to the origin or source of Defendant's Services, in violation of the Lanham Act, Section 32(1), 15 U.S.C. § 1114(1).

26.     Defendant's acts, as complained of herein, have caused irreparable injury and damage to Principal and, unless restrained, will continue to do so.  Plaintiff has no adequate remedy at law.

27.     Principal has suffered and continues to suffer economic loss directly and proximately caused by Defendant's actions alleged herein.

28.     Upon information and belief, Defendant is a willful infringer.

## COUNT II

### Violation of Section 43(a) of the Lanham Act—Unfair Competition

29.     Principal repeats and re-alleges the allegations of paragraphs 1-28 as if fully set forth herein.

30.     Defendant's use of the STARR PRINCIPAL Marks constitutes a false designation of origin, a false or misleading description of fact or a false or misleading representation of fact which is likely to cause confusion, mistake or deception in violation of the Lanham Act, Section 43(a), 15 U.S.C. § 1125(a).

31.     The aforesaid willful and deliberate acts of Defendant have caused irreparable injury and damage to Plaintiff and, unless restrained, will continue to do so.  Plaintiff has no adequate remedy at law.

32.     Principal has suffered and continues to suffer economic loss directly and proximately caused by Defendant's actions alleged herein.

## COUNT III

### Violation of Section 43(c) of the Lanham Act—Trademark Dilution

33.     Principal repeats and re-alleges the allegations of paragraphs 1-32 as if fully set forth herein.

34.     Based on the inherent and/or acquired distinctiveness of the PRINCIPAL Family of Marks; the duration and extent of Principal's use of the PRINCIPAL Family of Marks; the duration, extent and geographic reach of advertising featuring the PRINCIPAL Family of Marks; the amount, volume of sales and geographic area in which Principal has sold and advertised goods and services featuring the PRINCIPAL Family of Marks; the nature of the trade channels

Principal uses to market goods and services featuring the PRINCIPAL Family of Marks

compared to the channels through which Defendant sells its services; the degree of public

recognition of the PRINCIPAL Family of Marks; and the various federal registrations for the

PRINCIPAL Family of Marks, the PRINCIPAL Family of Marks has become famous as

contemplated by Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c).

35. The aforesaid willful and deliberate acts of Defendant, all occurring after the

PRINCIPAL Family of Marks became famous, have caused and continue to cause dilution

and/or are likely to dilute the distinctiveness of the famous PRINCIPAL Family of Marks and

thus constitute trademark dilution in violation of Section 43(c) of the Lanham Act, 15 U.S.C.

§ 1125(c). Unless Defendant is enjoined from engaging in its wrongful conduct, Plaintiff will

suffer further irreparable injury and harm, for which it has no adequate remedy at law.

36. Principal has suffered and continues to suffer economic loss directly and

proximately caused by Defendant's actions alleged herein.

## COUNT IV

## Dilution under Iowa Code § 548.113

37. Principal repeats and re-alleges the allegations of paragraphs 1-36 as if fully set

forth herein.

38. Based on the inherent and/or acquired distinctiveness of the PRINCIPAL Family

of Marks; the duration and extent of Principal's use of the PRINCIPAL Family of Marks; the

geographic area in which Principal has sold and advertised its goods and services featuring the

PRINCIPAL Family of Marks; and the nature of the trade channels Principal uses to market

goods and services featuring the PRINCIPAL Family of Marks compared to the channels

through which Defendant sells its services; the PRINCIPAL Family of Marks has become

20

famous and distinctive throughout the State of Iowa and Principal has built up valuable goodwill

in these marks.  The PRINCIPAL Family of Marks acquired distinctiveness prior to the time

when Defendant commenced use of its infringing STARR PRINCIPAL Marks.

39.     Defendant has used and is using the STARR PRINCIPAL Marks in the State of

Iowa to advertise, promote and sell its services.

40.     Defendant's use of the STARR PRINCIPAL Marks in the State of Iowa has

caused actual harm and is likely to cause future harm to Principal by causing injury to Principal's

business reputation and/or weakening the unique and distinctive significance and quality of the

PRINCIPAL Family of Marks to identify Plaintiff's Services.

41.     By reason of the foregoing, Defendant has violated Iowa's dilution statute, Iowa

Code § 548.113.

42.     Defendant's acts, as complained of herein, have caused irreparable injury and

damage to Principal and, unless restrained, will continue to do so.  Plaintiff has no adequate

remedy at law.

43.     Principal has suffered and continues to suffer economic loss directly and

proximately caused by Defendant's actions alleged herein.

## COUNT V

## Common Law Unfair Competition

44.     Principal repeats and re-alleges the allegations of paragraphs 1-43 as if fully set

forth herein.

45.     Principal enjoys well-established common law service mark rights in and to the

PRINCIPAL Family of Marks, which rights are superior to any rights that Defendant may claim,

and has built significant goodwill in same.

46.     Defendant has used, in connection with the sale of its services, a term or name that is false and misleading and likely to cause confusion or cause mistake or deceive the public as to the affiliation, connection or association of Defendant with Principal as to the origin, sponsorship or approval of its services or commercial activities in violation of common law.

47.     Defendant's use of the STARR PRINCIPAL Marks is likely to cause and has caused confusion as to the source of its services in that consumers thereof are likely to associate or have associated such services as originating with Principal, all to the detriment of Principal

48.      Defendant's acts, as complained of herein, have caused irreparable injury and damage to Principal, and, unless restrained, will continue to do so.  Plaintiff has no adequate remedy at law.

49.     Principal has suffered and continues to suffer economic loss directly and proximately caused by Defendant's actions alleged herein.

### PRAYER FOR RELIEF

**WHEREFORE**, Principal demands that this Court enter judgment against Defendant as follows:

A.      Preliminarily and permanently enjoining Defendant, and its officers, agents, servants, employees, attorneys and those persons, firms or corporations, acting in concert and participation with it who receive actual notice of this order by personal service or otherwise, from use of the STARR PRINCIPAL Marks, or any other colorable imitation of any of the PRINCIPAL Family of Marks in any advertisement, promotion, offer for sale, domain name or sale of any goods or services that are sufficiently similar to those offered by Principal such that confusion is likely;

B.      Finding Defendant liable for infringement of the PRINCIPAL Family of Marks and for acts of unfair competition and trademark dilution under the Lanham Act;

C.      Finding Defendant liable for Dilution under Iowa Code § 548.113;

D.      Finding Defendant liable for unfair competition under common law;

E.      Ordering an award to Principal of all actual damages and an accounting by Defendant to Principal of Defendant's profits resulting from use of the STARR PRINCIPAL Marks or any other colorable imitation of the PRINCIPAL Family of Marks;

F.      Awarding damages to Principal in an amount yet to be determined, including damages for injury to Plaintiff's business reputation and goodwill and all other damages arising from the acts of Defendant complained of herein;

G.      Awarding three times the amount of Principal's damages or Defendant's profits, whichever is greater;

H.      Ordering an award to Principal of all pre-judgment and post-judgment interest;

I.      Awarding Principal all of its costs, disbursements and reasonable attorneys' fees due to the exceptional nature of this case pursuant to 15 U.S.C. § 1117;

J.      Awarding Principal other such relief, in law or in equity, as this Court deems appropriate.

## **JURY DEMAND**

Plaintiff, PRINCIPAL FINANCIAL SERVICES, INC. and PRINCIPAL LIFE INSURANCE COMPANY, demands a jury trial on all claims so triable.

Dated at _____, Iowa this _____ day of January, 2013.

**PRINCIPAL FINANCIAL SERVICES, INC. and PRINCIPAL LIFE INSURANCE COMPANY**

/s/ Angel A. West
NYEMASTER GOODE, P.C.
700 Walnut Street, Suite 1600
Des Moines, Iowa  50309-3899
Telephone:  515-283-3100
Facsimile:  515-283-3108
Email:  aaw@nyemaster.com
ATTORNEYS FOR THE PRUDENTIAL
INSURANCE COMPANY OF AMERICA

/s/ Richard B. Biagi, Esq. (applying for pro hac vice admission)
/s/ Jessica J. Godell, Esq. (applying for pro hac vice admission)
/s/ Kevin McDevitt, Esq. (applying for pro hac vice admission)
NEAL & MCDEVITT, LLC
1776 Ash Street
Northfield, Illinois  60093
Telephone: 847-441-9100
Facsimile:  847-441-0911
Email:  rbiagi@nealmcdevitt.com
Email:  jgodell@nealmcdevitt.com
Email:  kmcdevitt@nealmcdevitt.com